## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PARNELL R. MAY**                                                                      **PLAINTIFF**
**ADC #153557**

**V.**                                    **NO. 4:22-cv-00223-BRW-ERE**

**MUSSELWHITE,** *et al.*                                                          **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Parnell R. May's motion for declaratory

judgment. *Doc. 9*. In the motion, Mr. May requests that the Court enter a declaratory

judgment in his favor and order Defendants to place him in protective custody.

Federal law authorizes this Court to declare the rights of interested parties in

cases of actual controversy. 28 U.S.C. § 2201(a). There must exist "a substantial

controversy, between parties having adverse legal interests, of sufficient immediacy

and reality to warrant the issuance of a declaratory judgment." *Maryland Casualty*

*Co. v. Pacific Coal & Oil Co.*, 312 U.S. 270, 273 (1941).

On April 20, 2022, the Court ordered the Clerk to serve the Defendants.

Accordingly, the parties have not yet had an opportunity to engage in discovery.

Based on the record currently before the Court, Mr. May's motion is premature.

IT IS THEREFORE ORDERED THAT Mr. May's motion for declaratory relief (*Doc. 9*) is DENIED.[1]

Dated this 25th day of April, 2022.


_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. May previously requested that the Court order Defendants to assign him to protective custody, which the Court denied. *Docs. 3, 7.*