IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #153557**

V.　　　　　　　　　　　NO. 4:22-cv-00223-BRW-ERE

**MUSSELWHITE,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects. Defendants' motion for judgment on the pleadings[2] is GRANTED. Mr. May's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.

[2] Doc. No. 36.