# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PARNELL R. MAY**                                                                           **PLAINTIFF**
**ADC #153557**

V.                       NO. 4:22-cv-00223-BRW-ERE

**MUSSELWHITE,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this <u>5th</u> day of <u>October</u>, 2022.

                                                          _____BILLY ROY WILSON_____
                                                          UNITED STATES DISTRICT JUDGE